UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IVY CROWELL and MICHAEL CROWELL,**

        Plaintiffs,

v.                                          Case No. 6:23-cv-180-ACC-RMN

**INDEPENDENT SPECIALTY INSURANCE COMPANY,**

        Defendant.

---

### ORDER OF DISMISSAL

The Court has been advised by **counsel for Defendant** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on September 28, 2023.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

- 2 -

Counsel of Record